# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID REPLOGLE, <br><br> Petitioner, <br><br> v. <br><br> STUART SHERMAN, Warden, <br><br> Respondent. | Case Nos. <br><br> ED CV 15-597 RSWL (MRW) <br> ED CV 17-1876 RSWL (MRW) <br><br> **ORDER DISMISSING HABEAS ACTIONS AS MOOT** |
| MIGUEL BUSTAMANTE, <br><br> Petitioner, <br><br> v. <br><br> M.E. SPEARMAN, Warden, <br><br> Respondent. | |

The Court dismisses these related state habeas actions as moot.

\* \* \*

1. Petitioners Replogle and Bustamante were convicted of murder and other charges at trial in state court. The trial of two other individuals

was severed from Petitioners' trial; those individuals were also convicted of murder for the same offense.

2. After exhausting state remedies, Petitioners separately sought habeas relief in this Court under 28 U.S.C. § 2254. The Court denied Bustamante's petition in early 2016. The Ninth Circuit Court of Appeals denied a certificate of appealability. Bustamante v. Lizarraga, No. ED CV 15-614 RSWL (MRW) (C.D. Cal.) (Docket # 27, 38.) Bustamante subsequently filed a second habeas petition in this Court. The Court (Magistrate Judge Wilner) referred the petition to the Ninth Circuit for consideration of whether to authorize a successive petition. Bustamante v. Spearman, No. ED CV 17-1876 RSWL (MRW) (C.D. Cal.) (Docket # 4.) The action remains pending in the district court due to ongoing proceedings in the appellate court.

3. The Court stayed consideration of Replogle's petition after briefing in the federal proceedings. Replogle v. Sherman, No. ED CV 15-597 RSWL (MRW) (C.D. Cal.) (Docket # 49.) The Court also appointed the Federal Public Defender to represent Petitioner regarding his newly-asserted claim of judicial bias in the trial court. (Docket # 61.)

4. Meanwhile, the state courts conducted extensive habeas proceedings for all four convicted defendants on their jointly-asserted bias claim. In early June 2020, the state superior court granted all four petitions, reversed their convictions, and ordered new trials. Replogle, Docket # 91 at 5-9.

5. Replogle's appointed attorney filed a timely notice suggesting that "the claims raised in this federal petition have become moot." (Docket # 88.) Bustamante's appointed attorney in the Ninth Circuit successive petition proceeding also believes that the federal action is moot. (Docket

1 | # 91 at 14.)  Moreover, the Attorney General (responding party in both federal cases) agrees that both habeas actions are moot.  (Id. at 2.)

\*\*\*

Therefore, the Bustamante and Replogle actions are hereby DISMISSED without prejudice as moot.

IT IS SO ORDERED.

Dated: 6/30/2020          **s/ RONALD S.W. LEW**
                         HON. RONALD S.W. LEW
                         SENIOR U.S. DISTRICT JUDGE

Presented by:

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE